UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:21-cv-21558-KMM

VENUS CONCEPT USA INC., a
Delaware corporation,

    Plaintiff,

v.

SMITH HIGH INCORPORATED d/b/a
LASERSMART SKIN AND BODY
INSTITUTE INC. an Arizona Company, and
DANA KOLKMAN individually,

    Defendants.
_____/

## MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff, Venus Concept USA Inc. ("Plaintiff" or "Venus"), pursuant to Federal Rule of Civil Procedure 55(b)(2) and based on the pleadings and other documents filed with the Court, hereby requests entry of a Default Final Judgment against Defendants, SMITH HIGH INCORPORATED d/b/a LASERSMART SKIN AND BODY INSTITUTE INC., ("SMITH HIGH") and DANA KOLKMAN ("Kolkman" with "Smith High", "Defendants"), and in support states:

1.    On April 22, 2021, Plaintiff filed its Complaint against Defendants for Breach of Contract (Count I), Breach of Guaranty (Count II), Unjust Enrichment (Count III), Open Account (Count IV), Account Stated (Count V) and Replevin (Count VI).

2.    On January 10, 2022, SMITH HIGH and Kolkman were personally served with the Summons and Complaint.

3.    Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants were required to

respond to the Complaint within 21 days of service of the Summons and Complaint, *i.e.,* on or before January 31, 2022.

4. Defendants failed to timely file or serve any responses as required by law to Plaintiff's Complaint.

5. On February 1, 2022, pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff filed its Motion for Default against Defendants SMITH HIGH and Kolkman for failure to file or serve any response as required by law to Plaintiff's Complaint.

6. On February 2, 2022, this Court entered an Order of Default as to both Defendants (the "Order"). A true and correct copy of the Order is attached hereto as **Exhibit 1**.

7. Plaintiff now seeks entry of a Default Final Judgment against Defendants in the principal and default interest amount of $114,423.95, as of April 11, 2022, plus per diem interest of $41.24 until entry of final judgment. *See* Declaration of Carmen Hurtado as to Damages attached hereto as **Exhibit 2**.

8. Additionally, pursuant to the Parties' Subscription Agreement attached to the Complaint as Exhibit A, Plaintiff is entitled to recover its reasonable attorneys' fees and costs incurred in this action in the amounts of $9,860.00 and $2,293.14, respectively. *See* Declaration of David M. Hawthorne, Esq., as to Costs attached hereto as **Exhibit 3**, Declaration of David M. Hawthorne, Esq., as to Attorneys' Fees attached hereto as **Exhibit 4**, and Declaration of Jamie Alan Sasson as to Reasonable Attorneys' Fees attached hereto as **Exhibit 5**.

**WHEREFORE**, given the well-pled allegations and the failure of Defendants to timely answer or defend the instant lawsuit, Plaintiff respectfully requests this Court enter a Default Final Judgment against Defendants, jointly and severally, and award Plaintiff damages in the total amount of $126,577.09 plus per diem interest of $41.24 under the Subscription Agreement until entry of

Final Judgment.

Respectfully submitted this 11th day of April, 2022.

        PATHMAN LEWIS, LLP
*Attorneys for Plaintiff*
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2400
Miami, Florida  33131
Telephone:   305-379-2425
Facsimile:   305-379-2420

By:   *David M. Hawthorne*
     DAVID M. HAWTHORNE
     dhawthorne@pathmanlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered for service.

By: /s/ *David M. Hawthorne*
    David M. Hawthorne

3

PATHMAN LEWIS, LLP • ONE BISCAYNE TOWER, SUITE 2400 • 2 SOUTH BISCAYNE BOULEVARD • MIAMI, FL  33131