UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:21-cv-21558-KMM

VENUS CONCEPT USA INC., a
Delaware corporation,

    Plaintiff,

v.

SMITH HIGH INCORPORATED d/b/a
LASERSMART SKIN AND BODY
INSTITUTE INC. an Arizona Company, and
DANA KOLKMAN individually,

    Defendants.
_____/

## [PROPOSED] DEFAULT FINAL JUDGMENT

THIS CAUSE coming before the Court upon the Motion for Default Final Judgment against Defendants, SMITH HIGH INCORPORATED d/b/a LASERSMART SKIN AND BODY INSTITUTE INC., and DANA KOLKMAN, pursuant to Federal Rule of Civil Procedure 58, it is hereby:

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Entry of Default Final Judgment is hereby **Granted**.

2. Plaintiff, VENUS CONCEPT USA INC.,1880 N Commerce Pkwy #2, Weston, FL 33326, shall recover jointly and severally from Defendants, Smith High Incorporated d/b/a Lasersmart Skin and Body Institute and Dana Kolkman, whose last known address is 839 Tremont Drive, Downingtown, Pennsylvania 19335, the principal amount of One Hundred Fourteen Thousand Four Hundred Twenty-Three and 95/100 ($114,423.95) Dollars plus Attorneys' fees for Nine Thousand Eight Hundred Sixty and 00/100 ($9,860.00) Dollars plus costs and services in the amount of Two Thousand Two Hundred Ninety-Three and 14/100 ($2,293.14) Dollars plus interest as prescribed by the Subscription Agreement on all amounts past due at a rate of eighteen (18%) percent per annum, compounded monthly from March 25, 2020 until payment in full.

3. This judgment sum shall bear post-judgment interest at the rate as prescribed by 28 U.S.C. §1961.

4. This Court reserves jurisdiction for the purposes of entering all further post-judgment rulings, including, but not limited to, orders for the purpose of discovery in aid of execution or proceedings supplementary to and in aid of judgment or execution, and to enter any other or additional orders as may be necessary or appropriate.

5. The Defendants shall respond to any duly served post-judgment notices and requests in aid of execution or in proceedings supplementary.

6. For all the foregoing, execution shall issue forthwith.

DONE AND ORDERED in Miami, Florida this_____day of April, 2022.

_____
HONORABLE K. MICHAEL K. MOORE
UNITED STATES DISTRICT JUDGE

Copies provided to:
All parties and counsel of record