UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-21558-KMM

VENUS CONCEPT USA INC.,

    Plaintiff,

v.

SMITH HIGH INCORPORATED, *et al.*,

    Defendant.

_____/

**FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's April 27, 2022 Order (ECF No. 32) granting in part and denying in part Plaintiff Venus Concept USA Inc.'s Motion for Default Final Judgment (ECF No. 31). PURSUANT to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Default Final Judgment is ENTERED in favor of Plaintiff Venus Concept USA Inc., and against Defendants Smith High Incorporated d/b/a Lasersmart Skin and Body Institute, Inc. and Dana Kolkman, jointly and severally, in the principal amount of $83,617.67 plus interest in the amount of $31,421.91, for a total judgment in the amount of $115,039.58, plus post-judgment interest bearing interest at the rate prescribed by 28 U.S.C. § 1961, for all which let execution issue forthwith. The Clerk of Court is INSTRUCTED to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of April, 2022.

/K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:    All counsel of record